**IN THE UNITED STATES**
**COURT OF APPEALS FOR THE**
**FOURTH CIRCUIT**

| | |
|---|---|
| Kevin Watson<br><br>Plaintiff-Appellant,<br><br>v.<br><br>M. Hamilton, et al.<br><br>Defendants-Appellees. | No. 26-6946 |

**MOTION FOR A 30-DAY EXTENSION OF TIME IN WHICH TO FILE THE OPENING BRIEF**

Appellant respectfully requests a 30-day extension in which to file his opening brief from the current deadline of November 10 2026, up to and including December 10, 2026.

1. Appellant initially proceeded before the district court and this Court *pro se*.

2. Undersigned Counsel recently entered an appearance to represent Appellant on this appeal on a pro bono basis. He is therefore new to this case.

3. Undersigned counsel works for a small and lightly resourced non-profit organization and has a crush of impending deadlines, including an

answering brief to the Ninth Circuit in *Beck v. Minev*, Case No. 26-2089 on November 27, 2026; an opening brief to the Seventh Circuit in *Robinson v. Sandhal*, Case No. 26-2750 on November 30, 2026; an opening brief to the Sixth Circuit in *Ali v. Knight*, Case No. 26-1274 on December 1, 2026; oral argument in the Second Circuit in *Lu v. Hermans* on December 2, 2026; and several other matters.

4. This is undersigned counsel's first motion for an extension.

5. Undersigned counsel contacted Appellees, and they have no objection to this motion.

**CONCLUSION**

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time, up to and including December 10, 2026, in which to file his opening brief.

Respectfully submitted,

*/s/ Samuel Weiss*

Samuel Weiss
Rights Behind Bars
1800 M St. NW, Front 1, #33821
Washington, DC 20033

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: December 10, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 208 words.

Date: December 10, 2026

/s/ Samuel Weiss
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033