FILED: November 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6946
(7:24-cv-00298-JPJ-PMS)

---

KEVIN A. WATSON

Plaintiff - Appellant

v.

M. HAMILTON, Medical Department Employee; K. D. RAMEY, Offender Disciplinary Hearing Department Employee; MR. WHITE, Warden; C. A. MANIS, Regional Administrator Employee; JOSEPH WALTERS, Director; L. N. HOLBROOK; MR. D. TRENT; A. DUNCAN; C. C. GILBERT; GRUBB; COMMONWEALTH OF VIRGINIA

Defendants - Appellees

and

M. E. ENGELKE, Director Food Services; T. FLETCHER, Food Services Department; M. OWENS, Food Services Department; K. ALMARODE, Food Services Department; N. KEENEY, Food Services Department; JOHN OR JANE DOE, Food Services Department; MR. K. FOX, Medical Department Doctor; S. DAY; VITAL CORE HEALTH

Defendants

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 12/10/2026

Opening brief due: 12/10/2026

Response brief due: 01/11/2027

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk